

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00223-CV

| | | |
|---|---|---|
| JERALD MILLER, Appellant | § | On Appeal from County Court at Law No. 3 |
| V. | | |
| | § | of Tarrant County (2023-008926-3) |
| VICTORIA MARTINEZ A/K/A ALISA MARTINEZ, AMBERNESS HERNANDEZ, AND "JANE DOE" WHEREAS "JANE DOE" REPRESENT ANY UNKNOWN PERSON, Appellees | § | June 27, 2024 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM